**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JULIE JO SMITH**                                                            **PLAINTIFF**


**VS.**                          **CASE NO. 4:11CV00642  HDY**


**MICHAEL J. ASTRUE, Commissioner,**
     **Social Security Administration**                       **DEFENDANT**


**JUDGMENT**


It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is

dismissed with prejudice.  The relief sought is denied.

DATED this __10__ day of February, 2012.


_____
UNITED STATES MAGISTRATE JUDGE